**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-18-00398-CV**

————————————

**ABDUL R. ISMAIL, Appellant**

**V.**

**NEW TERRITORY RESIDENTIAL HOMEOWNERS ASSOCIATION, INC., Appellee**

On Appeal from the County Court at Law No. 3
Fort Bend County, Texas
Trial Court Case No. 18-CCV-061605

## MEMORANDUM OPINION

Appellant, Abdul R. Ismail, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a) (West 2013), 101.041 (West Supp. 2017); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of

Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.